

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

In re

JAMES SCOTT JONES

Debtor

Case No: 23-10166-JDW

Chapter: 13

DEFAULT ORDER GRANTING MOTION TO LIFT STAY BY SHELBY COUNTY FEDERAL CREDIT UNION (DKT. NO. 23)

This cause came to be upon Motion of Shelby County Federal Credit Union for relief from the automatic stay of 11 U.S.C. §362. Movant represented to the Court that it served the motion in accordance with all applicable rules. No timely response was filed. Accordingly, the motion is granted.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that Movant is granted relief from the automatic stay of 11 U.S.C. §362 as to the following property:

2013 Dodge Challenger, VIN 2C3CDYAGXDH651654

**##END OF ORDER##**

APPROVED:

/s/ Brittan W. Robinson
BRITTAN WEBB ROBINSON (103065)
Attorney for Creditor
150 Court Avenue
Memphis, Tennessee 38103
(901) 528-1111
brobinson@stonehiggsdrexler.com